# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD MORGAN HAIRSTON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 79415

FILED

SEP 0 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

In his notice of appeal, appellant states that he is challenging the "judgment order, dismissal of appeal, entered, Sept 25-2014." To the extent that appellant appeals from the order dismissing appeal entered in Docket No. 66372, no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-37317

cc:    Hon. Carolyn Ellsworth, District Judge
       Leonard Morgan Hairston
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk